IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES MILLER                                                              PLAINTIFFS
ADC #105303
BOBBY GREEN
ADC #141853

V.                                    NO.  5:08cv00164 JMM

SUSAN POTTS, et al                                                       DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing Plaintiffs' complaint in its entirety, without prejudice.  Any pending motions are denied as moot.

IT IS SO ORDERED this 15th day of September,  2008.

_____
UNITED STATES DISTRICT JUDGE