IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES MILLER                                                                                              PLAINTIFFS
ADC #105303
BOBBY GREEN
ADC #141853

V.                                        NO.  5:08cv00164 JMM

SUSAN POTTS, et al                                                                                    DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiffs' complaint in its entirety, without prejudice.

IT IS SO ORDERED this 15th day of September, 2008.


_____
UNITED STATES DISTRICT JUDGE